```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
  18425 BURBANK BLVD.,
  TARZANA, CA  91356
  818-708-2585
Attorneys for the Plaintiff
```

**FILED** NOV 8 1990
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 8 1990
CENTRAL DISTRICT OF ...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | COURT NO: 90A 90478 |
| v. | DEFAULT JUDGMENT |
| JOSE JUAREZ | |
|   Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JOSE JUAREZ

the sum of $2,446.40 as principal, $979.19 as accrued prejudgment interest, $ 00.00 administrative charges, and $94.00 costs, plus $444.64 attorney fees for a total amount of $3,964.23, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: NOV 8 1990

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

**LINDA CHAI**

By: _____
      Deputy Clerk